102 P.3d 379

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 6, 2004**

| | | |
|---|---|---|
| 25559 | State v. Baker | Affirmed |
| 25729 | State v. Kahepuu | Affirmed |

**December 14, 2004**

| | | |
|---|---|---|
| 25782 | Chase Mortg. Company-West v. Bufalini | Affirmed |

**December 21, 2004**

| | | |
|---|---|---|
| 26021 | Doe, In re | Affirmed |

**December 28, 2004**

| | | |
|---|---|---|
| 25797 | State v. Reyes | Affirmed |

**December 29, 2004**

| | | |
|---|---|---|
| 25681 | State v. Malufau | Affirmed |